IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK POLO,

    Plaintiff,

    v.

ELIZABETH SHWIFF, et al.,

    Defendants.

No. C 12-04461 JSW

**ORDER REQUIRING SUPPLEMENT TO CASE MANAGEMENT STATEMENT**

The Court has reviewed the parties' Joint Case Management Statement. The Standing Order for All Judges of the Northern District of California, Contents of Case Management Statement, requires "[p]roposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial." (Standing Order, ¶ 17.) Although the parties have provided competing dates for designation of experts and discovery cutoff, they state only that dates for the hearing on dispositive motions, pretrial conference, and trial are "to be discussed" at the case management conference. That statement does not comport with the Standing Order. Accordingly, it is HEREBY ORDERED that:

1. The parties shall submit a supplement to their case management conference by January 16, 2013, which sets forth specific proposed dates for the hearing on dispositive motions, pretrial conference and trial.

2. In light of the parties' disagreement over the deadlines for designation of experts and discovery cut-off, the Court expects that they will provide competing dates for the deadlines discussed in paragraph 1 of this Order. Accordingly, the parties shall provide a short statement justifying their respective positions.

1    3. The parties are HEREBY ADVISED that pursuant to this Court's standing Orders, discovery motions are not permitted. Rather, the Court requires letter briefs. (*See* Civil Standing Orders, ¶ 8.)

   4. The parties also HEREBY ADVISED that, in general, the Court will only address one summary judgment per party or per side. (*See* Civil Standing Orders, ¶ 9.)

**IT IS SO ORDERED.**

Dated: January 14, 2013

               JEFFREY S. WHITE
               UNITED STATES DISTRICT JUDGE