```
 1  GREGORY J. WOOD (SBN#200780)
    B. DOUGLAS ROBBINS (SBN#219413)
 2  MAUREEN GREEN (SBN#112767)
    WOOD ROBBINS, LLP
 3  One Post Street, Suite 800
    San Francisco, CA 94104
 4  Telephone: (415) 247-7900
    Facsimile:  (415) 247-7901
 5  gwood@woodrobbins.com

 6  Attorneys for Plaintiff
    PATRICK POLO
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12  PATRICK POLO, an individual,        ) Case Number: CV 12-04461 JSW
                                        )
13         Plaintiff,                   ) [PROPOSED] ORDER GRANTING
                                        ) DEFENDANT'S MOTION FOR
14     vs.                              ) JUDGMENT ON THE PLEADINGS
                                        ) PURSUANT TO FRCP 12(c)
15  ELIZABETH SHWIFF, an individual;    )
16  SHWIFF, LEVY & POLO, LLP, a California ) Judge: Hon. Jeffrey White
    Limited Liability Partnership; THE SHWIFF, )
17  LEVY & POLO, LLP EMPLOYEE BENEFIT ) Date:  April 12, 2013
    PLAN, an entity pursuant to 29 U.S.C. §1132 ) Time:  9:00 a.m.
18  (d), and Does 1 through 100, inclusive;  ) Dept.: Courtroom 11, 19th Floor
                                        )        450 Golden Gate Avenue,
19         Defendant(s).                )        San Francisco, CA 94102
20                                      )
                                        ) Complaint Filed: August 24, 2012
21                                      ) Trial Date: June 9, 2014
22
```

The Motion for Judgment on the Pleadings pursuant to FRCP 12(c) by Plaintiff PATRICK POLO came on regularly for hearing on April 12, 2013 at 9:00 a.m. in Courtroom 11 of the above-entitled Court. Appearances by counsel are as reflected in the record of the hearing. Having reviewed and considered the parties' papers, the contents of the Court's file in this matter, and arguments of counsel, with good cause appearing, the Court hereby finds as follows:

PROPOSED ORDER ON PLAINTIFF'S RULE 12 MOTION -- 12-CV-04461-JSW

1. Plaintiff's request for judicial notice is granted;

2. Plaintiff is entitled to judgment on the pleadings pursuant to Federal Rules of Civil Procedure Rule 12(c) on his Fourth Cause of Action (Breach of Contract);

3. Plaintiff is entitled to judgment on the pleadings pursuant to Federal Rules of Civil Procedure Rule 12(c) dismissing Defendants' Affirmative Defenses without leave to amend.

IT IS HEREBY ORDERED that Plaintiffs' Motion for Judgment on the Pleadings on the Fourth Cause of Action in his Complaint (Breach of Contract) is GRANTED and all of the Affirmative Answers in Defendants' Answer are DISMISSED without leave to amend.

IT IS SO ORDERED.

Dated: _____, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE