**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK POLO, | No. C 12-04461 JSW |
| Plaintiff, | **ORDER DISCHARGING ORDER TO DEFENDANTS TO SHOW CAUSE** |
| v. | |
| ELIZABETH SHWIFF, et al., | |
| Defendants. / | |

On April 29, 2013, the Court issued an Order directing the Defendants to show cause as to why they should not pay for the costs associated with litigating Plaintiff's motion for judgment on the pleadings. *See* Fed. R. Civ. P. 16(f). The Court has considered Defendants' response, and it finds that the points raised in paragraphs 6 through 8 to be well taken, and it shall discharge the Order to Show Cause without imposing sanctions.

**IT IS SO ORDERED.**

Dated: May 14, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE