IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK POLO, | No. C 12-04461 JSW |
| Plaintiff, | **ORDER VACATING HEARING, TERMINATING MOTIONS WITHOUT PREJUDICE, AND SETTING CASE MANAGEMENT STATEMENT** |
| v. | |
| ELIZABETH SHWIFF, et al., | |
| Defendants. | |

The Court has received the parties stipulation requesting that, in light of a conditional settlement, the Court adjourn the hearing on the motion for summary judgment and the motion for a writ of prejudgment attachment, which is set for November 8, 2013. The parties also request that the Court schedule a case management conference for early next year in the event they are unable to finalize the settlement by December 20, 2013.

It is HEREBY ORDERED that in light of the settlement, the Court VACATES the hearing scheduled for November 8, 2013. In addition, the Court TERMINATES Plaintiff's motion for summary judgment and motion for prejudgment writ of attachment (Docket Nos. 38, 43), without prejudice. If the parties are unable to settle, and if Plaintiff intends to renew these motions, the parties need not re-file the papers already submitted. Rather, Plaintiff need only file a notice of a new hearing date, but that hearing date must be at least 35 days from the date on which the notice is filed.

It is FURTHER ORDERED that, in the event the parties have not filed a dismissal by December 20, 2013, the parties shall appear on January 10, 2014 at 1:30 p.m. for a case

management conference, and a joint case management statement shall be due on January 3, 2014.

**IT IS SO ORDERED.**

Dated: November 5, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE