Gregory J. Wood (200780)
B. Douglas Robbins (219413)
Maureen Green (112767)
WOOD ROBBINS LLP
One Post Street, Suite 800
San Francisco, CA 94104
T: (415) 247-7900
F: (415) 247-7901
gwood@woodrobbins.com

**Attorneys for Plaintiff
PATRICK POLO**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK POLO, an individual, | Case Number: CV 12-04461-JSW |
| Plaintiff, | **[PROPOSED] ORDER APPROVING VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| ELIZABETH SHWIFF, an individual; SHWIFF, LEVY & POLO, LLP, a California Limited Liability Partnership; THE SHWIFF, LEVY & POLO, LLP EMPLOYEE BENEFIT PLAN, an entity pursuant to 29 U.S.C. §1132 (d), and Does 1 through 100, inclusive; | Judge: Honorable Jeffrey S. White |
| Defendants. | |

The parties having stipulated to voluntary dismissal of this action and a notice of voluntary dismissal having been filed with the Court,

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all parties.

**IT IS SO ORDERED.**

Dated : December 30, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE